## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE:**

Julie Ann Moll
Michael Edward Moll

**Debtor(s)**

_____/

CASE NO. 22-01086-jwb

**Hon.**
**Filed** July 5, 2023

Julie Ann Moll
Michael Edward Moll

**Plaintiff(s)**

v.

Miguel Cardona, Secretary of Education, United States of America, Department of Education, Student Loan Solutions, LLC, Turnstile Capital Management, LLC, Student Loan Xpress, Navient Corporation, The First National Bank in Sioux Falls, Sallie Mae Bank; Navient Solutions, LLC, VL Funding, LLC, Colorado Student Loan Trust, FCDB NPSL Trust 2010-1, Bank of America, N.A., Pennsylvania Higher Education Assistance Agency dba American Education Services, Deutsche Bank U.S.A., Radius Global Solutions, LLC, and GC Services, L.P.

**Defendant(s)**

Adv. Proc. No. 23-80048

## JUDGMENT OF DISCHARGEABILITY
## AS TO DEFENDANT STUDENT LOAN SOLUTIONS, LLC

THIS MATTER having come before the Court on Plaintiffs, Julie Ann Moll and Michael Edward Moll's ("Plaintiffs") Complaint to Determine Dischargeability of Student Loan Indebtedness, and the Stipulation for Entry of A Judgment of Dischargeability, entered into between Plaintiffs and Defendant Student Loan Solutions, LLC; the Court being fully advised in the premises:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiffs as follows:

A. The obligation of Julie Ann Moll to Student Loan Solutions, LLC is a educational loan within the definition of 11 U.S.C. § 523(a)(8).
B. Michael Edward Moll guaranteed the loan.
C. Excepting this educational loan from discharge would impose an undue hardship on Julie Ann Moll and Michael Edward Moll.
D. The obligations of Julie Ann Moll and Michael Edward Moll shall be and are discharged by Debtors', Julie Ann Moll and Michael Edward Moll's, discharge order, which was entered September 15, 2022.

**IT IS SO ORDERED.**

**Dated August 15, 2023**



James W. Boyd
United States Bankruptcy Judge