# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE:**

JULIE ANN MOLL &
MICHAEL EDWARD MOLL

**CASE NO.** 22-01086-jwb

**Hon.** James W. Boyd
**Filed** May 25, 2022

   **Debtor(s)**
_____/

**Adv. Proc. No.** 23-80048

JULIE ANN MOLL &
MICHAEL EDWARD MOLL
   **Plaintiff(s)**
v.
BANK OF AMERICA, N.A., and
DEUTSCHE BANK U.S.A.

**Defendant(s)**
_____/

## JUDGMENT AGAINST BANK OF AMERICA, N.A.

     **PRESENT:**  Hon. James W. Boyd

  THIS MATTER having come before the Court upon Plaintiffs' Motion for Entry of a Default Judgment against Bank of America, N.A., and an Order Granting Motion for Entry of Default Judgment against Bank of America, N.A. having been entered by this Court;

  IT IS HEREBY ORDERED ADJUDGED AND DECREED that Judgment is entered in favor of Julie Ann Moll and Michael Edward Moll and against Bank of America, N.A. as follows:

 A. The obligation of Julie Ann Moll to Bank of America, N.A. is an educational loan within the definition of 11 U.S.C. § 523(a)(8).

 B. Michael Edward Moll guaranteed the loan.

C. Excepting this educational loan from discharge would impose an undue hardship on Julie Ann Moll and Michael Edward Moll.

D. The obligations of Julie Ann Moll and Michael Edward Moll shall be and are discharged by Debtors', Julie Ann Moll and Michael Edward Moll, discharge order, which was entered September 15, 2022.

Order Prepared by:

James R. Oppenhuizen, Esq.
OPPENHUIZEN LAW FIRM, PLC
125 Ottawa Ave. NW, Suite 237
Grand Rapids, MI 49503
616-730-1861

**END OF ORDER**

**IT IS SO ORDERED.**

Dated April 9, 2025



James W. Boyd
United States Bankruptcy Judge