## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

JULIE ANN MOLL &
MICHAEL EDWARD MOLL

     **Debtor(s)**

_____/

JULIE ANN MOLL &
MICHAEL EDWARD MOLL
    **Plaintiff(s)**
v.
BANK OF AMERICA, N.A., and
DEUTSCHE BANK U.S.A.

**Defendant(s)**

_____/

**CASE NO.** 22-01086-jwb

**Hon.** James W. Boyd
**Filed** May 25, 2022

**Adv. Proc. No.** 23-80048

## JUDGMENT AGAINST DEUTSCHE BANK U.S.A.

PRESENT:    Hon. James W. Boyd

THIS MATTER having come before the Court upon Plaintiffs' Motion for Entry of a Default Judgment against Deutsche Bank U.S.A., and an Order Granting Motion for Entry of Default Judgment against Deutsche Bank U.S.A. having been entered by this Court;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Judgment is entered in favor of Julie Ann Moll and Michael Edward Moll and against Deutsche Bank U.S.A. as follows:

A.  The obligation of Julie Ann Moll to Deutsche Bank U.S.A. is a educational loan within the definition of 11 U.S.C. § 523(a)(8).

B.  Michael Edward Moll guaranteed the loan.

C.  Excepting this educational loan from discharge would impose an undue hardship on Julie Ann Moll and Michael Edward Moll.

D.  The obligations of Julie Ann Moll and Michael Edward Moll shall be and are discharged by Debtors', Julie Ann Moll and Michael Edward Moll, discharge order, which was entered September 15, 2022.

Order Prepared by:

James R. Oppenhuizen, Esq.
OPPENHUIZEN LAW FIRM, PLC
125 Ottawa Ave. NW, Suite 237
Grand Rapids, MI 49503
616-730-1861

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated April 9, 2025**



James W. Boyd
United States Bankruptcy Judge